**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re N.D.*, Slip Opinion No. 2022-Ohio-4672.]**

NOTICE

This slip opinion is subject to formal revision before it is published in an advance sheet of the Ohio Official Reports. Readers are requested to promptly notify the Reporter of Decisions, Supreme Court of Ohio, 65 South Front Street, Columbus, Ohio 43215, of any typographical or other formal errors in the opinion, in order that corrections may be made before the opinion is published.

SLIP OPINION NO. 2022-OHIO-4672

IN RE N.D.

**[Until this opinion appears in the Ohio Official Reports advance sheets, it may be cited as *In re N.D.*, Slip Opinion No. 2022-Ohio-4672.]**

*Court of appeals' judgment reversed on the authority of* In re D.R. *and cause remanded to juvenile court.*

(No. 2022-0107—Submitted December 23, 2022—Decided December 28, 2022.)

APPEAL from the Court of Appeals for Licking County,

Nos. 21 CA 0040 and 21 CA 0041, 2021-Ohio-4506.

_____

{¶ 1} The judgment of the court of appeals is reversed on the authority of *In re D.R.*, __ Ohio St.3d __, 2022-Ohio-4493, __ N.E.3d __, and the cause is remanded to the juvenile court to conduct a new completion-of-disposition hearing that takes into account the holding in *D.R.*

O'CONNOR, C.J., and DONNELLY, STEWART, and BRUNNER, JJ.

KENNEDY and DEWINE, JJ., dissent and would order briefing.

FISCHER, J., dissents and would dismiss the cause as having been improvidently accepted.

_____

Timothy Young, Ohio Public Defender, and Lauren Hammersmith, Assistant Public Defender, for appellant.

_____